

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-75,839

**EX PARTE ANDREW RUSSELL GOODRUM, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 10,060-A IN THE 46th DISTRICT COURT
### FROM WILBARGER COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of delivery of a controlled substance and sentenced to five years' imprisonment.

Applicant contends that he is entitled to an out-of-time appeal. We remanded this application to the trial court for findings of fact and conclusions of law.

The trial court has determined that Applicant was deprived of his meaningful right to a direct appeal. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal

of the judgment of conviction in Cause No. 10,060-A from the 46th Judicial District Court of Wilbarger County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.


Delivered: February 6, 2008
Do Not Publish